﻿Citation Nr: AXXXXXXXX
Decision Date: 07/30/19 Archive Date: 07/29/19

DOCKET NO. 190323-6620
DATE: July 30, 2019

REMANDED

Service connection for unspecified obsessive compulsive and related disorder (claimed as posttraumatic stress disorder, anxiety, and obsessive behavior) is remanded.

REASONS FOR REMAND

The Veteran had active service from May 1965 to April 1967.

The Board notes that the rating decision on appeal was issued in March 2019. In March 2019, the Veteran elected the modernized review system and selected a Direct Review of the evidence. 84 Fed. Reg. 138, 177 (Jan. 18, 2019) (to be codified at 38 C.F.R. § 19.2(d)).

Evidence was added to the claims file during a period of time when new evidence was not allowed. Therefore, the Board may not consider this evidence. 84 Fed. Reg. 138, 182 (Jan. 18, 2019) (to be codified at 38 C.F.R. § 20.300). That stated, the newly-submitted evidence will be reviewed and considered by the agency of original jurisdiction (AOJ) after it completes the development ordered by the Board immediately below. 

Prior to the March 2019 rating decision on appeal, the Veteran identified potentially relevant outstanding private treatment records. Specifically, at his February 2019 VA examination, the Veteran indicated that had been prescribed an anti-depressant for the past five to seven years and had engaged in weekly counseling with a private therapist. A remand is required so that VA can obtain these records. 

The matter is REMANDED for the following action:

Contact the Veteran and request that he submit relevant treatment records he has in his possession pertaining to psychiatric treatment received from his primary care provider and/or weekly psychiatric treatment (as referenced at his February 2019 VA examination). The Veteran may also authorize VA to request and obtain such records on his behalf upon completion of a VA Form 21-4142 (Authorization and Consent to Release Information to the Department of Veterans Affairs).

 

V. Chiappetta

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD Polly Johnson, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.